NING LILLY & JONES
MICHAEL A. LILLY     #1681
707 Richards Street, Suite 700
Honolulu, Hawaii  96813
Telephone:  (808) 528-1100; Facsimile: (808) 531-2415
Email: Michael@nljlaw.com

JUDICIAL WATCH, INC
ROBERT D. POPPER     *pro hac vice*
LAUREN M. BURKE     *pro hac vice*
CHRIS FEDELI          *pro hac vice*
425 Third Street, SW
Washington, DC 20024
Telephone: (202) 646-5172; Facsimile: (202) 646-5199
Email: rpopper@judicialwatch.org; Email: lburke@judicialwatch.org
Email: cfedeli@judicialwatch.org

LAW OFFICE OF H. CHRISTOPHER COATES
H. CHRISTOPHER COATES   *pro hac vice*
934 Compass Point
Charleston, South Carolina 29412
Telephone: (843) 609-080
Email:  curriecoates@gmail.com

Attorneys for Plaintiffs KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ,<br><br>    Plaintiffs,<br>  vs. | CIVIL NO: 15-00322 BMK<br><br>MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;<br><br>(Caption continued on next page) |
|---|---|

| | |
|---|---|
| THE STATE OF HAWAII; GOVERNOR DAVID Y. IGE, in his official capacity; ROBERT K. LINDSEY JR., Chairperson, Board of Trustees, Office of Hawaiian Affairs, in his official capacity; COLETTE Y. MACHADO, PETER APO, HAUNANI APOLIONA, ROWENA M.N. AKANA, JOHN D. WAIHE'E IV, CARMEN HULU LINDSEY, DAN AHUNA, LEINA'ALA AHU ISA, Trustees, Office of Hawaiian Affairs, in their official capacities; KAMANA'OPONO CRABBE, Chief Executive Officer, Office of Hawaiian Affairs, in his official Capacity; JOHN D. WAIHE'E III, Chairman, Native Hawaiian Roll Commission, in his official Capacity; NĀ'ĀLEHU ANTHONY, LEI KIHOI, ROBIN DANNER, MĀHEALANI WENDT, Commissioners, Native Hawaiian Roll Commission, in their official capacities; CLYDE W. NĀMU'O, Executive Director, Native Hawaiian Roll Commission, in his official capacity; THE AKAMAI FOUNDATION; and THE NA'I AUPUNI FOUNDATION; and DOE DEFENDANTS 1-50,<br><br>           Defendants. | DECLARATION OF KEALII MAKEKAU; DECLARATION OF YOSHIMASA SEAN MITSUI; DECLARATION OF PEDRO KANA'E GAPERO; DECLARATION OF MELISSA LEINA'ALA MONIZ; DECLARATION OF JOSEPH WILLIAM KENT; EXHIBIT "1"; DECLARATION OF DR. KELI'I AKINA; EXHIBITS "A" – "I"; CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.5(b) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ ("Plaintiffs"), by their attorneys, respectfully move this Court for a Preliminary Injunction. Specifically, Plaintiffs seek the preliminary relief of an Order preventing Defendant's from undertaking certain voter registration activities and from calling or holding racially-exclusive elections for Native Hawaiians, as explained in Plaintiffs' Complaint. *See* Doc. No. 1, p. 32, Prayer for Relief.

This Motion is made pursuant to Local Rule 10.2(g) and Fed. R. Civ. Pro. 65, and is based upon the following memorandum in support, the declarations, and exhibits attached thereto.

DATED: Honolulu, Hawaii, August 28, 2015.

/s/ Michael A. Lilly
MICHAEL A. LILLY
ROBERT D. POPPER
LAUREN M. BURKE
CHRIS FEDELI
H. CHRISTOPHER COATES
Attorneys for Plaintiffs
KELI'I AKINA, KEALII MAKEKAU,
JOSEPH KENT, YOSHIMASA SEAN
MITSUI, PEDRO KANA'E GAPERO, and
MELISSA LEINA'ALA MONIZ