WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE   1559
1088 Bishop St., Suite 1304
P. O. Box 596
Honolulu, Hawaii   96809-0596
Telephone: 537-3514
Fax: 924-1548
email: papaaloa@umich.edu

Attorney for Intervenor-Defendants
SAMUEL L. KEALOHA, JR., *et al.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELI'I AKINA, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>STATE OF HAWAII, *et al.*,<br><br>    *Defendants,* | Case 1:15-CV-00322-JMS-BMK<br><br>MOTION TO INTERVENE; DECLARATION OF SAMUEL L. KEALOHA, JR., DECLARATION OF JOSIAH L. HOOHULI; DECLARATION OF PATRICK L. KAHAWAIOLAA; DECLARATION OF MELVIN HOOMANAWANUI; DECLARATION OF WALTER R. SCHOETTLE; EXHIBITS "A" TO "C"; MEMORANDUM IN SUPPORT OF MOTION |

### MOTION TO INTERVENE

Come now Proposed Intervenors, SAMUEL L. KEALOHA, JR., VIRGIL E. DAY, JOSIAH L. HOOHULI, PATRICK L. KAHAWAIOLAA and MELVIN

-1-

HOOMANAWANUI, through their undersigned counsel, pursuant to Fed.R.Civ.Proc., Rule 24(a)(2), and move to intervene in the above-captioned matter as a matter of right, upon the grounds that said Intervenors claim an interest relating to the property or transaction which is the subject of the action and are so situated that the disposition of the action may as a practical matter impair or impede their ability to protect that interest, and that their interest is not adequately represented by existing parties, as is more fully set forth in the attached memorandum in support of this motion.

Dated: Honolulu, Hawaii, September 25, 2015.

/s/ Walter R. Schoettle
WALTER R. SCHOETTLE,
Attorney for Proposed Intervenors,
SAMUEL L. KEALOHA, JR., VIRGIL E. DAY, JOSIAH L. HOOHULI, PATRICK L. KAHAWAIOLAA and MELVIN HOOMANAWANUI