```
 1  whatever they planned to do, you know, I didn't
 2  see there is any economic loss to the Department,
 3  because it's still going to be within the
 4  containment area that we are not planning to do
 5  anything with it at this time.
 6       Q.   Or for the next five years?
 7       A.   Or the next five years.
 8       Q.   Or longer than that?
 9       A.   It could be.
10       Q.   Referring to Paragraph 8 on Page 4, in
11  the bottom half of that paragraph it says, "In the
12  event ownership of the premises is transferred
13  from licensor to another governmental or
14  quasi-governmental agency, including but not
15  limited to any sovereign government or entity
16  having as its citizens or beneficiaries Native
17  Hawaiians who are beneficiaries under the Hawaiian
18  Homes Commission Act."
19            Is there any plan to do that at the
20  present time?
21       A.   Well, this provision is added in because
22  of the potential.  I think it was recommended that
23  we add something in, just in case the Akaka bill
24  or any challenges is successful that Hawaiian
25  Homes will have to -- there is no Hawaiian Homes.
```

```
 1            I mean, this is what is recommended by
 2  attorney, to include a language like that in our
 3  license document.  We're not anticipating giving
 4  up ownership, but there is events that may be
 5  outside of our control that one day --
 6       Q.   You're saying that if it's determined
 7  that Hawaiian Homes is unconstitutional, then
 8  Hawaiian Homes would transfer the land to a native
 9  Hawaiian entity?
10            MS. OSHIRO:  Objection.  Privileged.
11  BY MR. SCHOETTLE:
12       Q.   This is something that's written right
13  here.  This is not privileged.
14            MS. OSHIRO:  But you're asking her to
15  speculate as to the --
16            MR. SCHOETTLE:  I'm asking her about
17  this provision.
18            MS. OSHIRO:  -- the legal basis of why
19  that provision was inserted in there.
20  BY MR. SCHOETTLE:
21       Q.   You said this was suggested by an
22  attorney.
23            Does that mean Kumu Vasconcellos, the
24  attorney that approved this document on Page 9?
25       A.   Yes.
```

```
 1        Q.   Is this kind of a provision in all of
 2   your licenses and your leases at the present time?
 3        A.   Yes.
 4        Q.   How is the licensee supposed to make
 5   any money off of this agreement, this license if
 6   they can't graze?  How are they going to make
 7   money?
 8        A.   I cannot answer that.
 9        Q.   Wouldn't giving them grazing rights give
10   them some incentive to actually accomplish
11   something?
12        A.   I don't know.
13        Q.   You don't know.  I just don't understand
14   why the request to graze was denied them.
15            MS. OSHIRO:  Asked and answered.
16            MR. SCHOETTLE:  Well, I don't understand
17   the answer.
18   BY MR. SCHOETTLE:
19        Q.   Please explain.
20        A.   I cannot say why it was denied, but it
21   was removed -- they did make that request.  But in
22   consideration of the proposal, the Commission at
23   that time has said that, Use it as what you wanted
24   to do as a research and development project.  But
25   they did allow the right to come back in later on
```