NING LILLY & JONES
MICHAEL A. LILLY #1681
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Facsimile: (808) 531-2415
Email: Michael@nljlaw.com

JUDICIAL WATCH, INC
ROBERT D. POPPER *pro hac vice*
LAUREN M. BURKE *pro hac vice*
CHRIS FEDELI *pro hac vice*
425 Third Street, SW
Washington, DC 20024
Telephone: (202) 646-5172; Facsimile: (202) 646-5199
Email: rpopper@judicialwatch.org;
Email: lburke@judicialwatch.org
Email: cfedeli@judicialwatch.org

LAW OFFICE OF H. CHRISTOPHER COATES
H. CHRISTOPHER COATES *pro hac vice*
934 Compass Point
Charleston, South Carolina 29412
Telephone: (843) 609-080
Email: curriecoates@gmail.com

Attorneys for Plaintiffs KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ,<br><br>        Plaintiffs,<br>        vs. | CIVIL NO: 15-00322 BMK<br><br>MOTION TO VOLUNTARILY DISMISS COMPLAINT |

1

| |
|---|
| THE STATE OF HAWAII; GOVERNOR DAVID Y. IGE, in his official capacity; ROBERT K. LINDSEY JR., Chairperson, Board of Trustees, Office of Hawaiian Affairs, in his official capacity; COLETTE Y. MACHADO, PETER APO, HAUNANI APOLIONA, ROWENA M.N. AKANA, JOHN D. WAIHE'E IV, CARMEN HULU LINDSEY, DAN AHUNA, LEINA'ALA AHU ISA, Trustees, Office of Hawaiian Affairs, in their official capacities; KAMANA'OPONO CRABBE, Chief Executive Officer, Office of Hawaiian Affairs, in his official Capacity; JOHN D. WAIHE'E III, Chairman, Native Hawaiian Roll Commission, in his official Capacity; NĀ'ĀLEHU ANTHONY, LEI KIHOI, ROBIN DANNER, MĀHEALANI WENDT, Commissioners, Native Hawaiian Roll Commission, in their official capacities; CLYDE W. NĀMU'O, Executive Director, Native Hawaiian Roll Commission, in his official capacity; THE AKAMAI FOUNDATION; and THE NA'I AUPUNI FOUNDATION; and DOE DEFENDANTS 1-50,<br>                    Defendants. |

## PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2) TO VOLUNTARILY DISMISS THE COMPLAINT

Plaintiffs KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ, respectfully move this Court, pursuant to Fed. R. Civ. P. 41(a)(2), for an order dismissing the complaint in this action, without prejudice and

2

without any further terms or conditions. A memorandum of law in support, a declaration, and a proposed order are attached.

On October 3, 2016, Plaintiffs asked, by email, whether Defendants State of Hawaii, Office of Hawaiian Affairs, and Na'i Aupuni/Akamai Foundation would consent to a motion for voluntary dismissal of this action without prejudice, and all gave their consent. Pursuant to a court-ordered status conference, Plaintiffs met and conferred via telephone on October 6, 2016. At that conference, Plaintiffs' counsel indicated they would move this Court for attorneys' fees and costs at a future date. In response, counsel for Defendants Na'i Aupuni and the Akamai Foundation withdrew their consent to this motion.

For the reasons stated in the accompanying memorandum of law and declaration, Plaintiffs respectfully request that their motion be granted.

DATED: Honolulu, Hawaii, October 28, 2016.

/s/ Robert D. Popper
ROBERT D. POPPER
MICHAEL A. LILLY
LAUREN M. BURKE
CHRIS FEDELI
H. CHRISTOPHER COATES
Attorneys for Plaintiffs
