# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELI'I AKINA, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil Action No.: 15-00322 |
| *v.* | ) |
| | ) |
| THE STATE OF HAWAII, *et al.* | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## DECLARATION OF ROBERT D. POPPER

ROBERT D. POPPER, for his declaration pursuant to 28 U.S.C. § 1746, deposes and says:

1. I am an attorney with Judicial Watch, Inc., ("Judicial Watch"), counsel for Plaintiffs KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ

2. I make this declaration of my own personal knowledge and am competent to testify to the facts as stated herein.

3. On October 3, 2016, I asked Defendants by email whether they would consent to a motion for voluntary dismissal of this action without prejudice, and all Defendants gave their consent.

4. At a court-ordered status conference in this matter on October 6,

2016, Defendants Na'i Aupuni and the Akamai Foundation, through counsel, withdrew their consent, after learning that Plaintiffs intended to file a motion for costs and attorneys' fees.

     5.    I am aware of no prejudice Defendants would suffer if this motion were granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 28, 2016

                                        */s  Robert D. Popper*
                                        Robert D. Popper