# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELI'I AKINA, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) Civil Action No.: 15-00322 |
| v. | ) ) |
| THE STATE OF HAWAII, *et al.* | ) ) |
| *Defendants*. | ) ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Voluntarily Dismiss the Complaint, filed October 28, 2016,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed without prejudice and without further terms or conditions.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November ___, 2016

_____
J. Michael Seabright
United States District Judge