## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELI'I AKINA, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No.: 15-00322 |
| *v.* ) | |
| ) | |
| THE STATE OF HAWAII, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Voluntarily Dismiss the Complaint, filed October 28, 2016, including a memorandum of law, Declaration of Robert D. Popper, and Proposed Order, was served on the following electronically through the CM/ECF system, on October 28, 2016:

David J. Minkin: minkin@m4law.com, morita@m4law.com
Donna H. Kalama: Donna.H.Kalama@hawaii.gov, renee.s.kondo@hawaii.gov
Eli Schlam: eschlam@wc.com
Ellen Oberwetter: eoberwetter@wc.com
Jessica M. Wan: jwan@m4law.com, auyoung@m4law.com
Kannon K. Shanmugam: kshanmugam@wc.com
Lanny Alan Sinkin: lanny.sinkin@gmail.com
Lauren M. Burke: lburke@judicialwatch.org, elee@judicialwatch.org
Nadine Y. Ando: ando@smlhawaii.com, baldauf@smlhawaii.com, meheula@smlhawaii.com, sandi@smlhawaii.com, shelly@smlhawaii.com
Robert G. Klein: klein@m4law.com, portillo@m4law.com

       Robert T. Nakatsuji: robert.t.nakatsuji@hawaii.gov, karen.a.goo@hawaii.gov, tammy.d.tam@hawaii.gov
       Troy J.H. Andrade: andrade@m4law.com, tynan@m4law.com
       Walter R. Schoettle: papaaloa@umich.edu
       William Meheula: meheula@smlhawaii.com, baldauf@smlhawaii.com, sandi@smlhawaii.com, shelly@smlhawaii.com

DATED: Honolulu, Hawaii, October 28, 2016.

                                       */s/ Robert D. Popper*
                                       ROBERT D. POPPER
                                       MICHAEL A. LILLY
                                       LAUREN M. BURKE
                                       CHRIS FEDELI
                                       H. CHRISTOPHER COATES

                                       Attorneys for Plaintiffs
                                       KELI'I AKINA, KEALII MAKEKAU, JOSEPH KENT, YOSHIMASA SEAN MITSUI, PEDRO KANA'E GAPERO, and MELISSA LEINA'ALA MONIZ